IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SAMUEL COLLETTE, | § | |
| *Plaintiff*, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 1:22-CV-000603-MJT-ZJH |
| BRYAN SPERRY LAINE, | § | JUDGE MICHAEL J. TRUNCALE |
| *Defendant*. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On December 28, 2022, the court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge. On the same day, Plaintiff Samuel Collette filed the Complaint and Motion for Leave to Proceed in forma pauperis. [Dkts. 1, 2]. On February 9, 2023, Judge Hawthorn issued his Report and Recommendation, recommending the court dismiss this case for failure to establish subject-matter jurisdiction. [Dkt. 6]. The court has received and considered Judge Hawthorn's report. No objections to the Report and Recommendation have been filed, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C).

It is therefore **ORDERED** that the Report and Recommendation of the magistrate judge [Dkt. 6] is **ACCEPTED.** Plaintiff Samuel Collette's Complaint [Dkt. 1] is therefore dismissed. All remaining motions are terminated as moot. The Court will issue a Final Judgment separately.

**SIGNED this 7th day of March, 2023.**

Michael J. Truncale
United States District Judge